IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GARY F. EMMERICK,

                Plaintiff,        JUDGMENT IN A CIVIL CASE

v.                                    12-cv-517-bbc

STATE OF WISCONSIN and
COUNTY OF WOOD,

                Defendants.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Gary F. Emmerick leave to proceed in forma pauperis and dismissing this case with prejudice.

_____        10/25/12
Peter Oppeneer, Clerk of Court                Date